**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of Texas _____
                                  (State)

Case number (*if known*): _____ Chapter 7 ___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Payson Petroleum 3 Well 2014, LP |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | None |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 – 4 4 6 3 3 2 7 |

4. **Debtor's address**

| Principal place of business Former Address | Mailing address, if different from principal place of business |
|---|---|
| 2652    FM 407 E.<br>Number    Street | 1757    Harpsichord Way<br>Number    Street |
| Suite 250 | P.O. Box |
| Bartonville        TX    76226<br>City        State    ZIP Code | Henderson        NV    89012<br>City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Grayson County, TX<br>County | Number    Street |
| | City        State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | None |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☑ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor   **Payson Petroleum 3 Well 2014, LP**   Case number (if known)_____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  2   1   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                                    MM / DD / YYYY

         District _____   When _____   Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor   In re: Payson Petroleum, Inc. et al.   Relationship   Affiliate

         District   Eastern District of Texas   When   06/10/2016
                                                         MM / DD / YYYY

         Case number, if known   16-41044

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 2

Debtor ___Payson Petroleum 3 Well 2014, LP_____   Case number (if known)_____
      Name

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
      Number      Street

_____

_____
      City      State      ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Payson Petroleum 3 Well 2014, LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 31 / 2017
MM / DD / YYYY

✖ /s/ Jeff Cohen
Signature of authorized representative of debtor

Jeff Cohen
Printed name

Title  Managing Member of 3 Well MGP, LLC, managing general partner of debtor

**18. Signature of attorney**

✖ /s/ Daniel P. Winikka
Signature of attorney for debtor

Date  01 / 31 / 2017
MM / DD / YYYY

Daniel P. Winikka
Printed name

Loewinsohn Flegle Deary Simon, LLP
Firm name

12377      Merit Drive, Suite 900
Number      Street

Dallas
City

TX
State

75251
ZIP Code

(214) 572-1700
Contact phone

danw@lfdslaw.com
Email address

00794873
Bar number

TX
State

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **PAYSON PETROLEUM 3 WELL 2014,** | § | Case No. _____ |
| **LP, A TEXAS LIMITED PARTNERSHIP,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |
| | § | |
| | § | |

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of its knowledge. The Debtor notes, however, that almost all of its records are no longer in its custody or control. Rather, those records are in the custody and control of the chapter 7 trustee for the Debtor's subsidiary, Payson Petroleum 3 Well 2014, LP, a Texas limited partnership (Case No. 16-41044). Accordingly, although the attached list is accurate to the best of the Debtor's knowledge, it is possible that the attached list is not complete.

DATED: January 31, 2017

_____
Matthew C. Griffin, sole member of
Payson Petroleum Grayson, LLC, the
general partner of the Debtor

Aki Miyasaki
1415 W. Rascher Ave.
Chicago IL 60640

Alan Careddu
32 Lasky Rd.
Beacon Falls CT 6403

Albert and Audrey Carse
7000 Brier Hill Court
Fort Worth TX 76132

Alfred and Barbara Austin
15320 Fulton St.
Brighton CO 80620

Allen and Marcia Rastede
211 S. Grove St.
Allen NE 68710.

Alma Foster
5316 Northcrest Rd.
Ft. Worth TX 76017

Alvin and Jerry Ann McCool
1033 Creek Hollow Lane
Fort Worth TX 76131

Amy Hutchison
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Anne Patterson
3725 Wakeforest
Houston TX 77098

April Markovics
1620 N. Peters Lane
Stratford CT 6614

Arnold Block
Blockster Investments Ltd.
2317 Clearview Ct.
Lewisville TX 75057

Audrey Schwarzbein
31331 S. Coast Hwy.
Laguna Beach CA 92651

B. E. Tuttle
Aquarius 2000, LLC
105 Front Street
Beaufort NC 28516

Barbara Jacquin
205 Pipecreek Lane
Georgetown TX 78633

Barry Brodbeck
1891 County Rd. B
Platteville WI 53818

Beckie Harkins
6924 Chancery Lane
Williamsburg VA 23188

Berkley Badger
324 Westgate Rd.
Tarpon Springs FL 34688

Bernita Webster
2342 S. Laurel Ave.
Springfield MO 65807

Betty and Harold Ackerman
Linda Walsh
9301 Neptune Drive
Mechanicsville VA 23116

Betty and Joseph Brown
1648 Browns Lane
Hayes VA 23072

Blake Rodgers
12454 Rendon Rd.
Burleson TX 76028

Bobby and Terri Bowland
1220 Vera Lane
Kennedale TX 76060

Bobby Smith
3211 State Route 14
West Plains MO 65775

Bobby Yates
1901 W. Loop 289, Ste 11
Lubbock TX 79407

Bradley Kubik
5639 Glen Oaks Pt.
West Des Moines IA 50266

Brandon Chen
5419 Silk Oak Dr.
Naperville IL 60564

Brenda Henderson
4244 Summersweet Lane
Crowley TX 73036

Brian Cepetelli
83 Ashwood Terrace
Stratford CT 6614

Brian Fraus
4625 E State Highway 29
Bertram, TX 78605-4229

Bryan Buzbee
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Carl Brumley
4801 Washburn Ave.
Fort Worth TX 76107

Cehuan Wang
5567 Gamay Way
San Diego CA 92130

Charles and Sharon Henslee
4481 CR 1217
Cleburne TX 76033

Charles and Katherine Terry
8903 Madewood Ct.
Granbury TX 76049

Charles Barry
33 Collins Street,
Worcester MA 01606

Charles Cobb
Financial West Group
1022 Court Street
Lynchburg VA 24504

Cheryl Ogrodnik
6466 Watercrest Way, 301
Lakewood Ranch FL 34202

Chris Lahiji
1408 Grant St.
Santa Monica CA 90405

Christopher Friscia
4312 Hazy Meadow Lane
Grapevine TX 76015

Christopher Kennon
2147 Inman
Nixa MO 65714

Christopher Rooker
3728 Summercrest Dr
Fort Worth TX 76109

Christopher Tasso
Anne Ciola-Tasso
148 Miller Rd.
Bethany CT 6524

Claire Macfarland
1310 Hackberry Ln.
Winnetka IL 60093

Clint Fowler
CFI Ventures, LP
127 Blush Hill Drive
Conroe TX 77304

Crystal LeClercq
1412 Sandalwood Dr.
Murphys CA 95247

Cynthia Woods
1412 Blue Quail Run
Crowley TX 76036

Dana Markovics
220 Oronoque Rd.
Milford CT 6461

Daniel Smeester
545 El Capitan Rd.
Danville CA 94526

David and Deborah Allnutt
8651 Canyon Crossing
Lantana TX 76226

David and Shirley Nolsheim
13480 88th Ave. North
Seminole FL 33776

David and Lora Lyons
2121 Pinwood Circle
Arlington TX 76001

David Bartczak
4519 Ringrose Drive
Missouri City TX 77459

David Stewart
4520 S. Harvard
Springfield MO 65804

David Vednor
9861 Leatrice Dr.
Villa Park CA 92861

David Zawisha
4009 Congress St.
Fairfield CT 6824

Deborah Hayden
4520 Cheval Blvd.
Lutz FL 33558

Dennis Opitz
3949 Stonehenge Rd.
Fort Worth TX 76109

Derik Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663

Don Huntley
4804 N. Arcade Ave.
Fresno CA 93704

Donald and Debra Woods
12 Foliate Way
Ladera Ranch CA 92694

Donald Calvello
14511 Charmeran Ave.
San Jose CA 95124

Donald Chisholm
400 Lake Ave. NE Apt. C304
Largo FL 33771

Donald DiFiore
2149 S. Kenton
Aurora CO 80014

Donald Propst
6709 Yolanda
Fort Worth TX 76112

Douglas Hillenbrand
2102 Glenview Ln. NE
Rochester MN 55906

Edward and Mary Lozito
9295 N. Star Dr.
Mechanicsville VA 23116

Edwin Hardey
5670 Jasper Pointe Cir.
Castle Pines CO 80124

Einer Lindholm
333 Via Lido Nord
Newport Beach CA 92663

Elizabeth Williams
2374 Rosendale Village Ave.
Henderson NV 89052

Elton Stone
2009 Oak Grove Rd. E
Burleson TX 76028

Elwanda Santiago
137 Buchanan Court
Aledo TX 76008

Eric Eaton
655 Appaloosa Rd.
Tarpon Springs FL 34688

Ernest Morgan
28 Pocono Rd.
Newtown CT 6470

Eve Dixon
PO Box 1510
Fort Worth TX 76101

Fen V. Lee
104 Shore Dr.
Schaumburg IL 60193

Frank Highly
6390 Dwane Ave.
San Diego CA 92120

Garrett Flynt
Flynt Family Inc.
9944 Delamere Dr.
Fort Worth TX 76244

Gary Amerson
5502 Challenger Ct.
Rockwall TX 75032

Gary Baird, Jr
H. Gary Baird, Jr.
4269 Shorecrest Dr.
Dallas TX 75209

| |
|---|
| Gary Donner<br>908 Main Street<br>Wayne NE 68787 |
| Gary W. Crews<br>ACME Energy Company, LLC<br>1795 E. 71st St.<br>Tulsa OK 74136 |
| Gary Weiner<br>998 Emerald Bay<br>Laguna Beach CA 92651 |
| George Faris, III<br>6650 Trinity Heights Blvd<br>Ft. Worth TX 76132 |
| George Lee Weaver<br>11225 Northview Dr.<br>Aledo TX 76008 |
| George Phelps<br>1200 Crescent Dr.<br>Wayne NE 68787 |
| Gerald Meyr<br>33017 48th Ave. SW<br>Federal Way WA 98023 |
| Germaine Clarkson<br>1842 Cottage Dr.<br>Greeneville TN 0 |
| Glen Markovics<br>42 Parkway Terrace<br>Milford CT 6461 |
| Glendal R. Dow<br>1320 Hardisty<br>Bedford TX 76021 |
| Glenn Jason Salsbury<br>301 Larkspur Ave.<br>Corona Del Mar CA 92625 |

Gordon and Sylvia Quan
2 W. Terrace Dr.
Houston TX 76209

Grace and Edward Chu
3528 Scottsdale Circle
Naperville IL 60564

H.W. and Jill Ranelle
4917 Arbol Ct.
Fort Worth TX 76126

Hang Yuan and Yingzi Song
3227 N. Carriage Way
Arlington Heights IL 60004

Harry and Shari Duty
424 Burton St.
Henderson NV 89015

He Yuan
He Yuan and Ning Li
95177 Madison St.
Burr Ridge IL 60527

Heidi Beh
2808 Canto Nubiado
San Clemente CA 92673

Helen Hale
51 Lafayette Avenue
Annapolis MD 21401

Herbert and Joan Sobel
3311 Tack House Rd.
Trent Woods NC 0

Honey Duncan
136 Palm Circle
Atlantis FL 33462

HongMei Han
Kraehenbruch 4
Dortmund  44227

Howard and Karen Agster
5402 E. Glide Slope Ct.
Granbury TX 76049

Howard Saretsky
233 Voltz Rd.
Northbrook IL 60062

Hua Shang
77 Dunmore
Irvine CA 92620

Inn Lee
104 Shore Dr.
Schaumburg IL 60193

Jacalyn Goodrich
580 Miller Hodge Rd.
Inman SC 29349

Jack Grumbles
204 Westfork Dt.
Fort Worth TX 76114

Jack Long
2536 Highridge Drive
Chino Hills CA 91709

James and Gerlinde Stevens
1609 Browns Lane
Hayes VA 23072

James Burgess
JNJM, LLC
7203 Lake Mead Blvd.
Arlington TX 76016

James Carroll
2505 Ridgemoor Ct.
Arlington TX 76016

James Krause
500 W. 13th Street
Fort Worth TX 76102

James Linden
281 Summerfield Gardens
Huntington CT 6484

James Rosemeyer
Bayley Investments, LLC
662 E. Business Hwy 151
Platteville WI 53818

Jan Cheng and Ximing Yang
6912 Fieldstone Dr.
Burr Ridge IL 60527

Janis Bridges
2817 Fossil Run Blvd
Fort Worth TX 76131

Janys Schroeder
39356 260th St.
Kingsley IA 51028

Jared Meisel
5423 Winsland Lane
Charlotte NC 28277

Jason Searcy, Trustee
c/o Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019

Jay Pond
2729 Antero Dr.
Arlington TX 76006

Jeff Wilshire
4001 Kenosha Rd.
Plano TX 75024

Jeffrey and Linda Richard
MidAmerica Financial Svcs, Inc.
35-B S. Court
PO Box 418
Platteville WI 53818

Jeffrey Carter
2300 Bradwood Court
Arlington TX 76011

Jeffrey Cohen
24041 Swallowtail Drive
Laguna Niguel CA 92677

Jeffrey Meyer
7930 S. Jasmine Circle
Centennial CO 80112

Jeremy Rauhauser
4412 Canter Way
Flower Mound TX 75028

Jeremy Szeto
24 Dupont Circle
Sugar Land TX 77479

Jerry and Joan Radcliff
5595 Thatch Cir.
Prescott AZ 86305

Jerry and Linda Hays
687 Cardinal Ridge Rd.
Burleson TX 76028

Jia Liu and Richard Z. Lu
120 S. Fiore Pkwy
Vernon Hills IL 60061

Jiangnan and Mary Chen
1 Newbury Ct.
Hawthorne Woods IL 60047

Jimmy and Linda Walker
P.O. Box 931
Stephenville TX 76401

Jiuzhou Wang and Meimei Xu
24 Butterfield Road
Lexington MA 2420

Jocelyn Carter
2175 Funston Ave.
San Francisco CA 94116

Joel Dow
8816 Calera Dr.
Austin TX 78735

Joel F. Woods
1412 Blue Quail Run
Crowley TX 76036

Joey and Ida Smith
3622 County Road 4660
Pomona MO 65789

Joey and Linda Jo Turner
7309 N. Norman Rd.
Warr Acres OK 73132

John and Christy Fonvielle
Tenants in Common
212 Casa Blanca Cir
Ft. Worth TX 76107

John and Felicia King
976 Ekman Dr.
Batavia IL 60510

John Crowther
221 Hidden Acres Lane
Weatherford TX 76087

John Diaz
5648 N. McVicker Ave
Chicago IL 60646

John Gong
20603 W. Lakeridge Ct.
Kildeer IL 60047

John Heckler
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

John Johnson
6154 Haley Lane
Ft. Worth TX 76132

| |
|---|
| John McElroy<br>109 SE Rambling Trail<br>Weatherford TX 76087 |
| John Miyasaki<br>1415 W. Rascher Ave.<br>Chicago IL 60640 |
| John Pollick<br>2336 Fir St.<br>Glenview IL 60025 |
| Jonathan Alex Perkins<br>646 North Armstead St.<br>Alexandria VA 22312 |
| Joseph and Carol Arpino<br>104 Lavery Lane<br>Milford CT 6461 |
| Joseph and Arlene Seminoro<br>25 Washington Street<br>Trumbull CT 6611 |
| Joseph and Caroline Schmitz<br>4565 Pressley Rd<br>Santa Rosa CA 95404 |
| Joseph Bolin<br>3830 Rice Blvd.<br>Houston TX 77005 |
| Joseph Little<br>18646 Halff Bend Dr.<br>Cypress TX 77433 |
| Judith Watkins<br>3004 Steeplechase Trail<br>Arlington TX 76016 |
| Judy Fulton<br>Seven Wells Royalty, LLC<br>P.O. Box 21866<br>Oklahoma City OK 73156 |

Julie Wakeman
14105 W. 72nd St.
Shawnee KS 66216

Jun Zhou
748 Sigmund Rd.
Naperville IL 60563

Kathy Adams
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Kazu Miyasaki
1415 W. Rascher Ave.
Chicago IL 60640

Kazuo and Rosalyn Nanya
432 40th Ave.
San Francisco CA 94121

Keith Jackson
Riverstone Resources, Ltd.
2591 Dallas Parkway, Suite 300
Frisco TX 75034

Kelly Sanders
Hupakoe, LLC
3602 Vista Chase Ct.
Arlington TX 76001

Kelly Sanders
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Kening Ma
3236 Pepper Tree Point
Chino Hills CA 91709

Kenneth and Terryalin Chapman
6447 S. Indianapolis Place
Tulsa OK 74136

Kenneth and Tommie Dougan
1914 Briarwood Dr
Grand Prairie TX 75050

Kenneth Aldrich
YKA Partners, LLC
3200 Airport Ave., Suite 16
Santa Monica CA 90405

Kenneth and Patricia Lowe
1504 Dolorosa Ct.
The Villages FL 32159

Kenneth Cheung
3902 Coulter Ct
Arlington TX 76016

Kevin and Denise Potempa
KAPAA, LLC
Wailua LLC
P.O. Box 5156
Scottsdale AZ 85261

Kevin and Anne Marie Peterson
305 Martins Cove Rd.
Annapolis MD 21409

Kimberly Fuller
PI Resources, LLC
5455 Honeysuckle Rd.
Midlothian TX 76065

Krystle Lindholm
333 Via Lido Nord
Newport Beach CA 92663

Kurt Erickson
4848 E. Milton Dr.
Cave Creek AZ 85331

Laddie Zimmet
5101 FM 1187
Burleson TX 76028

Lance Barlow
Barlow Investments
2727 E. Kirby DR, 9E
Houston TX 77098

Lanning Macfarland
1310 Hackberry Ln.
Winnetka IL 60093

Lawrence and Theodora Esposito
155 Rimmon Rd
North Haven CT 6473

Lee Eggers
TMICO Lee G. Eggers
490 Camp St.
Platteville WI 53818

Lei Yan
1505 Clarkson Ct.
Naperville IL 60565

Leland Phillips
3709 Tumbling Trail Ct.
Fort Worth TX 76116

Lewis Graham
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Lihong Huang and Xiaoli Zhang
26597 N. Kenwood Ct.
Mundelein IL 60060

Liping Zhong
426 E. Sunnyside Ave.
Libertyville IL 60048

Lucile Sims Wise
3600 Wosley Dr.
Fort Worth TX 76133

Luis Gonzalez
2701 N. Grapevine Mills Blvd. 728
Grapevine TX 76051

Lynne Bentsen
Barlow Investment Ltd.
2727 Kirby Dr. 9E
Houston TX 77098

Malcolm Vye
145 N. Sheridan
Winnetka IL 60093

Marc Henn
Harvest Financial Advisors, LLC
440 Glendale Ave.
Cincinnati OH 45246

Margaret and David Grubbs
205 Kenmore Ave.
Elmhurst IL 60126

Margaret McElroy
109 SE Rambling Trail
Burleson TX 76087

Margaret Ng and Ross Chan
6112 Ascot Drive
Oakland CA 94611

Margarett Propst
6709 Yolanda Dr.
Fort Worth TX 76112

Marisa Lindholm
333 Via Lido Nord
Newport Beach CA 92663

Mark and Romalyn Trewitt
4017 Messina Drive
Plano TX 75093

Mark Modlin
4005 Kenosha Rd.
Plano TX 75024

Marlow and Rebecca Williams
197 Golden Crown Ave.
Henderson NV 89002

Marty Prinz
Blind Canyon
1780 N. Kimball Avenue
Southlake TX 76092

Marvin and Mary Van Hal
280 East Bob Jones Rd.
Southlake TX 76092

Mary A. Gardecki
68 Auburn St.
Stratford CT 6614

Mary Ann Swift
200 N. Matteson Ave
Republic MO 65738

Mary Jane Pompa
21 Basking Ridge Rd.
Shelton CT 6484

Mary Louise and Albert Edwards
778 Old Stratfield Rd.
Fairfield CT 6825

Mary Russell
3111 Kelly Rd
Aledo TX 76008

Meiyu Chen
913 Ashford Lane
Westmont IL 60559

Michael and Pamela Spitzer
2010 Roma Ave.
Fruita CO 81521

Michael Kudlik
4760 Highland Drive Suite 245
Holladay Utah 84117

Michael Kusheba
235 Deerfield Dr
Stratford CT 6614

Michael Mitchell
300 Landwyck Ln.
Flower Mound TX 75028

Michael Musaraca
2414 Blue Spruce Ct.
Aurora IL 60502

Michael Niemann
Julie Wakeman
14105 W. 72nd St.
Shawnee KS 66216

Michael Pettis
Pettis Oil and Gas, LLC
3140 Brookhollow Ct.
Prosper TX 75078

Michael Ranelle
4220 Harlanwood
Fort Worth TX 76109

Michael Sobel
3311 Tack House Rd.
Trent Woods NC 25862

Michael Yates
22292 Regnart Rd.
Cupertino CA 95014

Mike Wang
390 Foothill Ave.
Sierra Madre CA 91024

Molly Bayer
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Mona Fields
2006 Underwood Rd
Aledo TX 76008

Monica Markovics
37 Parkway Terrace
Milford CT 6461

Natalia Ryndin
28832 Sean Dr.
Laguna Niguel CA 92677

Nathan Sanders
BESCO Family Investments, LLC
3309 Mansfield Hwy.
Fort Worth TX 76017

Neil Agrawal
2962 E. 45th Place
Tulsa OK 74105

Noel and Sandra Markovics
42 Parkway Terrace
Milford CT 6461

Noral and Juanita Gregory
2881 Oakbriar Trail
Fort Worth TX 76109

Om and Veena Agrawal
209 Kenshire Dr.
Benbrook TX 76126

Pamela Smith
481 Pecan
Burleson TX 76028

Peili Wu
3108 Regal Dr.
Arlington TX 76016

Peter and Monika Wettenstein
5325 E. Kathleen Rd.
Scottsdale AZ 85254

Peter Backes
9448 Quail Ridge Dr.
Las Vegas NV 89134

Philip and Anita Strand
1911 Nelson Ct.
DeSoto TX 75115

Philip Zou
1065 Sanctuary Ct.
Vernon Hills IL 60061

Prem Kumar
Wildflower LLC
817 E. San Angelo Ave.
Gilbert AZ 85234

Randall McKenna
North Central Texas Holding and
Investments, Inc.
400 King Ranch Rd.
Southlake TX 76092

Randall Swift
200 N. Matteson Ave
Republic MO 65738

Randy Lew
4647 Sidonia Ct.
Ft. Worth TX 76126

Ravindra and Kum Prakash
1170 Alderbrook Lane
San Jose CA 95129

Raymond and Janet Smith
623 E. River Quarry Court
Eagle ID 83616

Rebecca Lowe
643 SW T Highway
Holden MO 64040

Reinhardt and Merlee Lange
136 Benedict Ave.
Fairfield CT 6430

Renjie Fu
405 E. 58th St.
Westmont IL 60559

Richard and Sue Rector
5813 Wales Avenue
Fort Worth TX 76133

Richard Graham
31331 S. Coast Hwy.
Laguna Beach CA 92651

Richard Sobel
7410 Center Bay Dr.
North Bay Village FL 33141

Rick Gardner
420 Aspen Street
Prescott AZ 0

Rickey and Wendy Kelman
3120 E. Puget Ave.
Phoenix AZ 0

Robert and Carole Orsillo
60 Brierwood Drive
Watertown CT 6795

Robert and Marianne Laska
73 Centennial Dr.
Milford CT 6461

Robert and Peggy Yacobi
6 Chanteraine Close
Williamsburg VA 23185

Robert Mendonsa
4507 Meadow Hill
McKinney TX 75070

Robert Watkins
3004 Steeplechase Trail
Arlington TX 76016

Rocky and Anna Howington
1 Saint Louis Lane
Pleasant Hill CA 94523

Roger Damron
PO Box 21729
Chattanooga TN 37424

Roland Lentz
1521 Vintage Hill Dr
Wayne NE 68787

Romalyn Trewitt
4017 Messina Drive
Plano TX 75093

Ron Franco
Bluepack LLC
P.O. Box 5287
Culver City CA 90231

Ronald and Cheryl Waggoner
834 Doubletree Lane
Springfield MO 65810

Ronald and Libbie Adams
115 Ravenhill Dr.
Highlandville MO 65669

Ronald Barfield
700 W. Harwood, Suite A
Hurst TX 76054

Ronald Guichard
2937 N. Talman Ave
Chicago IL 60618

Ronald Oberle
30525 Fort Apache Drive
Congress AZ 85332

Rose Marie Klein
1389 Calle de las Granvas
Livermore CA 94551

Roy and Carol Ray
2000 Underwood Rd.
Aledo TX 76008

Roy Williams
190 Mt. Pleasant Ave.
Stratford CT 6614

Rudolph Perry
48 E. Bison Circle
Florissant CO 80816

Russell Karr
8108 Modena Dr
Fort Worth TX 76126

Ryan Grossman
207 Mt. Oak Pl.
Annapolis MD 21409

Sandra Markovics
42 Parkway Terrace
Milford CT 6461

Sara Ng
218 Wood Glen Lane
Oak Brook IL 60523

Shannon Kmak
4005 Kenosha Rd.
Plano TX 75024

Sharlene Sims Horak
4436 Overton Terrace
Fort Worth TX 76109

Sharolyn Richardson
8003 Turkey Trail
Benbrook TX 76126

Shawn Miller
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Shirley Nolsheim
13480 88th Ave. North
Seminole FL 33776

Shrimant and Susy Ayaram
222 Glen Ridge Dr.
Murphy TX 75094

Shu and Lisa Chen
5844 Golden Eye Dr.
Long Grove IL 60047

Stephen Brown
8601 Westown Parkway 6108
West Des Moines IA 50266

Steven and Carolyn Wiesenfeld
66 Chester Rd.
Easton CT 6612

Steven O'Leary
Helen M. Hale - Principle
73 Conduit St.
Annapolis MD 21401

Sue Chappell
5071 S. Burrows Ave.
Springfield MO 65810

Sunil Agrawal
4323 S. Quincy Place
Tulsa OK 74105

Suresh and Malini Kumar
5210 Pine Forest Rd.
Houston TX 77056

Taher Sobhy
41 W. Mallard Lane
Lakeforest IL 60045

Tami Rodgers
3309 Wild Oaks Ct
Burleson TX 76028

Tammy McKain
Kijabe, LLC
3602 Vista Chase Court
Arlington TX 76001

Tapan and Anisa Daftari
6595 Old Riverside Dr.
Altanta GA 30328

Tarry Dahmer
2400 SW Wintercreek Ct.
Lee's Summit MO 64081

Terry Scharig
Payson Petroleum
34601 E. Shore Rd.
Lone Jack MO 64070

Theodora Esposito
155 Rimmon Rd
North Haven CT 6473

Theodore Lung
1839 E 2453rd Lane
Camp Point IL 62320

Thomas and Lois Partridge
199 CR 1747
Clifton TX 76634

Thomas Clayton
26770 Sale Barn Ln
Belmont WI 53510

Thomas Hayes
5115 N. Dysart Road, 202-217
Litchfield Park AZ 85340

Thomas Hoppe
11051 Dormie Drive
San Antonio FL 33576

Timothy and Stacey Gibson
145 Links Lane
Aledo TX 76008

Timothy Carman
2215 River Ridge Rd.
Arlington TX 76017

Timothy Cypert
703 Jackson St.
Rockwall TX 75087

Timothy Moore
313 Stonebridge Dr.
Rockwall TX 75087

Todd and Melanie Gregory
600 W. Republic Road
Suite A116
Springfield MO 65807

Todd Stephens
230 Miramar Way
West Palm Beach FL 33405

Tom Hinshaw
HRC Roofing
2845 Roadway Drive
Columbus IN 47201

Toussaint Smith
2315 Legend Woods Ct.
Sugar Land TX 77479

Tracy G. Ward
2313 S. Toledo Ave.
Tulsa OK 74114

Travis Petree
2951 Rainbow Drive
Mason City IA 50401

Van and Mary Butler
62 Cypress Ct.
Durango CO 81301

Virginia Humphrey
National Financial Services, LLC
340 S. Lemon Ave. 8337
Walnut CA 91789

Virginia Rhodes
7570 E. Manley Dr.
Prescott Valley AZ 86314

Warren and Fay Bush
PO Box 80140
9812 Talea Court NE
Keller TX 76244

Wendy Yang and Li Liu
Delftechpark 26, 2628
XH Delft, Netherlands

Wenzhong and Dana An
29602 N. Birch Ave.
Lake Bluff IL 60044

William (Ralph) Westbrook
338 Park Brook Dr.
Dallas TX 75218

William and Deborah Hayden
4520 Cheval Blvd.
Lutz FL 33558

William and Joann Whelpley
308 Martel Ct.
Coppell TX 75019

William Cozad
10401 W. Charleston Blvd., V6
Las Vegas NV 89135

William Dax Symonds
3170 Westcliff Rd. West
Fort Worth TX 76109

William Kloster
112 Tres Vista Court
Cresson TX 76035

William Martin
3708 Brookfield
Plano TX 75025

Woodrow and Jo Ann Wilson
59250 E. 190 Rd
Fairland OK 74343

Yang Zhao and Hong Yang
31 E. 59th St.
Westmont IL 60559

Yanhua Shi
447 Lynn Ct.
Clarendon Hills IL 60574

Ying and Siwen Qu
1725 Holly Ct.
Long Grove IL 60047

Ying Qi
2220 Joyce Lane
Naperville IL 60564

Yulduz Cohen
28264 Via Marcus
Laguna Niguel CA 92677

Zhong Wu
3880 Tahoe St.
West Sacramento CA 95691

Zhongwen Huang
Huifang Liang
3915 Snowbird Lane
Northbrook IL 60062

ZiJun Zhao
Kraehenbruch 4
Dortmund  44227