**Fill in this information to identify the case and this filing:**

Debtor Name  Payson Petroleum 3 Well 2014, LP

United States Bankruptcy Court for the:  Eastern          District of  Texas
                                                                      (State)

Case number (*If known*):  17-40180

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/31/2017           ✗  /s/ Matthew C. Griffin
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        Matthew C. Griffin
                                        Printed name

                                        Sole member and former President of general  partner Payson Petroleum Grayson, LLC
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Payson Petroleum 3 Well 2014, LP___

United States Bankruptcy Court for the: __Eastern__   District of __Texas__
                                                                  (State)

Case number (If known): ___17-40180___

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:   Summary of Assets

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................    $ 115.66

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $ 115.66

---

### Part 2:   Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............    $ 196,369.43

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    + $ 28,288.52

4.  **Total liabilities**...........................................................................................................................
    Lines 2 + 3a + 3b    $ 224,657.95

**Fill in this information to identify the case:**

Debtor name ___Payson Petroleum 3 Well 2014, LP___

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (If known): ___17-40180___

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand** — $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Northstar Bank | Checking | 5 0 6 2 | $ 17.82 |
| 3.2. | Northstar Bank | Savings | 5 2 0 3 | $ 97.84 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ 0.00 |
| 4.2. | | $ 0.00 |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 115.66

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor    Payson Petroleum 3 Well 2014, LP
_____    Case number (if known) 17-40180 _____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 0.00 _____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____  = .......➔    $_____
                                   face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____  = .......➔    $_____
                                   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  Payson Petroleum 3 Well 2014, LP _____

     Name

Case number (if known) 17-40180 _____

---

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.  Work in progress** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Payson Petroleum 3 Well 2014, LP                    Case number (if known)  17-40180
_____
Name

---

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                    $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ■ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor  Payson Petroleum 3 Well 2014, LP
_____
Name

Case number (if known)  17-40180
_____

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Payson Petroleum 3 Well 2014, LP
_____
Name

Case number (if known)  17-40180
_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Well: William #1H (API #181-31557) | 52.5% NRI | $ Unknown | | $ Unknown |
| 55.2 Well: Crowe #2 (API #181-31543) | 52.5% NRI | $ Unknown | | $ Unknown |
| 55.3 Well: Elaine #1 (API #181-31547) | 52.5% NRI | $ Unknown | | $ Unknown |
| 55.4 _____ | | $_____ | | $_____ |
| 55.5 _____ | | $_____ | | $_____ |
| 55.6 _____ | | $_____ | | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | | $_____ |
| 61. **Internet domain names and websites** | $_____ | | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Payson Petroleum 3 Well 2014, LP
            Name

Case number (if known)  17-40180

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____   = ➡   $ _____
   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $ _____
   _____   Tax year _____   $ _____
   _____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

   _____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   Claims against Jason Searcy, Chapter 11 trustee   $ Unknown
   **Nature of claim**   Turnover of debtor revenue
   **Amount requested**   $ Unknown, but believed to be more than $300,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $ _____
   **Nature of claim**   _____
   **Amount requested**   $ _____

76. **Trusts, equitable or future interests in property**

   _____   $ _____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

   _____   $ _____
   _____   $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   | $ Unknown |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor    Payson Petroleum 3 Well 2014, LP
_____
Name

Case number (if known)    17-40180
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 115.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . →| | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . . . . . . . 91a. | $ 115.66 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 115.66

**Fill in this information to identify the case:**

Debtor name ___Payson Petroleum 3 Well 2014, LP___

United States Bankruptcy Court for the: ___Eastern___   District of ___Texas___
(State)

Case number (if known): ___17-40180___

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>PCS Ferguson, Inc. | **Describe debtor's property that is subject to a lien**<br>William Well #1H (see attached for description) | $ 29,776.06 | $ |
| **Creditor's mailing address**<br>8901 West Frwy<br>Fort Worth, TX 76116-2854 | **Describe the lien**<br>M & M Lien | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred** Various<br>**Last 4 digits of account number** __ __ __ __ | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>Quasar, PCS Ferguson, Peak Oilfield, and Select Energy; each have a lien on William Well #1H (see attached for description) in that order of priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Creditor's name**<br>Peak Oilfield Services, LLC | **Describe debtor's property that is subject to a lien**<br>William Well #1H (see attached for description) | $ 18,530.97 | $ |
| **Creditor's mailing address**<br>4506 S. Interstate 35<br>Gainesville, TX 76240 | **Describe the lien**<br>M & M Lien | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** Various<br>**Last 4 digits of account number** __ __ __ __ | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  <br>  ☑ Yes. The relative priority of creditors is specified on lines 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $ 196,369.43

Debtor    Payson Petroleum 3 Well 2014, LP
          Name                                                        Case number (if known)  17-40180


# Schedule D:  Creditors Who Have Claims Secured by Property

## Part 1: Continued

Describe debtor's property that is subject to a lien

1.  The William #1H (API #181-31557) and associated wellbore, with a surface
    location situated at latitude 33° 44' 44" – north, longitude 96° 41' 01" – west, in
    the east half of the Section 26, BLK 1, 11, 15, 16, JM Dodgin Survey, Abstract
    378, Grayson County, TX, (from the surface of the earth down to the base of the
    Viola Limestone defined as the stratigraphic equivalent of 11,835' as found in the
    Brown Gas Unit No. 1 well located in the P. R. Wertz Survey, Abstract 1387,
    Grayson county, TX).

2.  The Crowe #2 (API # 181-31543) and associated wellbore, with a surface location
    situated at latitude 33° 49' 10" – north, longitude 96° 41' 55" – west, in Section
    11, BLK 1, 11, 15, 16, the South 79 acres of the Wood & Buckles Survey,
    Abstract 1373, Grayson County, TX, (from the surface of the earth down to the
    measured depth of 11,164'), collectively referred to in the Assignment as the
    ("Well").

Debtor    Payson Petroleum 3 Well 2014, LP
_____
        Name

Case number *(if known)* 17-40180

| Part 1: | **Additional Page** | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3**

**Creditor's name**

Quasar Energy Services, Inc.
_____

**Creditor's mailing address**

3288 FM Rd 51
_____
Gainesville, TX 76240
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

    ☑ Yes. The relative priority of creditors is specified on lines 2 1

**Describe debtor's property that is subject to a lien**

Crowe #2 Well and William Well #1H (see attached for description)
_____
_____

**Describe the lien**
M & M Lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 89,867.40    $ _____

---

**2.4**

**Creditor's name**

Select Energy Services LLC
_____

**Creditor's mailing address**

1820 N I-35
_____
Gainesville, TX 76240
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** Various

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

    ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

William Well #1H (see attached for description)
_____
_____

**Describe the lien**
M & M Lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58,195.00    $ _____

**Fill in this information to identify the case:**

Debtor    Payson Petroleum 3 Well 2014, LP

United States Bankruptcy Court for the:    Eastern    District of    Texas
                                                                    (State)

Case number    17-40180
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    Payson Petroleum 3 Well 2014, LP
_____
          Name                                                      Case number (if known) 17-40180

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Loewinsohn Flegle Deary Simon LLP

12377 Merit Drive, Suite 900

Dallas, TX 75251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

$ 27,368.52

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Payson Petroleum 3 Well 2014, LP                          Case number (if known)  17-40180
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|                                                              |      | Total of claim amounts |
|--------------------------------------------------------------|------|------------------------|
| 5a.  Total claims from Part 1                                | 5a.  | $ 0.00                 |
| 5b.  Total claims from Part 2                                | 5b.  **+** | $ 27,368.52      |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c.       | 5c.  | $ 27,368.52            |

**Fill in this information to identify the case:**

Debtor name __Payson Petroleum 3 Well 2014, LP__

United States Bankruptcy Court for the: __Eastern__   District of __Texas__
(State)

Case number (if known): __17-40180__   Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement for operation of debtor's wells | Payson Petroleum, Inc. C/O Jason Searcy, Chapter 11 Trustee |
| | State the term remaining | Uncertain, depends on life of the wells | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Turnkey Agreement Drilling and completion of wells | Payson Petroleum, Inc. C/O Jason Searcy, Chapter 11 Trustee |
| | State the term remaining | Uncertain | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Payson Petroleum 3 Well 2014, LP_

United States Bankruptcy Court for the: _Eastern_ _____ District of _Texas_
                                                                              (State)

Case number (if known): _17-40180_

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | **Check all schedules that apply** |
| 2.1 Payson Operating, LLC | C/O Jason Searcy Chapter 11 Trustee<br>Street<br><br>City          State          ZIP Code | PCS Ferguson, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Payson Operating, LLC | C/O Jason Searcy Chapter 11 Trustee<br>Street<br><br>City          State          ZIP Code | Peak Oilfield Services, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Payson Operating, LLC | C/O Jason Searcy Chapter 11 Trustee<br>Street<br><br>City          State          ZIP Code | Quasar Energy Services, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Payson Operating, LLC | C/O Jason Searcy Chapter 11 Trustee<br>Street<br><br>City          State          ZIP Code | Select Energy Services, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Payson Petroleum 3 Well, L.P. | Street<br><br>City          State          ZIP Code | Loewinsohn Flegle<br>Deary Simon LLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Payson Petroleum 3 Well 2014, LP___

United States Bankruptcy Court for the: ___Eastern___    District of ___Texas___
(State)

Case number (if known): ___17-40180___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2017<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ Unknown |
| For prior year: | From 01/01/2016<br>MM / DD / YYYY | to | 12/31/2016<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 430,164.90 |
| For the year before that: | From 01/01/2015<br>MM / DD / YYYY | to | 12/31/2015<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 702,236.20 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Payson Petroleum 3 Well 2014, LP        Case number *(if known)* 17-40180
          Name

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Loewinsohn Flegle Deary Simon LLP | 11/18/2016 | $ 17,500.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 12377 Merit Drive | 12/31/2016 | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | Suite 900 | | | ☒ Other Payment and application of retainer |
| | Dallas    TX    75251 | 01/13/2017 | | |
| | City    State    ZIP Code | | | |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City    State    ZIP Code | | | ☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor   Payson Petroleum 3 Well 2014, LP
         _____          Case number (if known) 17-40180
         Name                                                                     _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Searcy v. Payson Petroleum 3 Well, LP & Payson Petroleum 3 Well 2014, LP. | Avoid and recover transfers | US Bankruptcy Court Eastern District of Texas<br>Name<br>Street<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>Case No. 16-41044<br>Adv. No. 16-04106 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address**<br>Name<br>Street<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

Debtor ___Payson Petroleum 3 Well 2014, LP_____    Case number *(if known)*__17-40180__
          Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Jason Searcy | Revenue from wells | $ Unknown |
| Custodian's name | | |
| Chapter 11 Trustee | **Case title** | **Court name and address** |
| Street | In re: Payson Petroleum, Inc. et al | US Bankruptcy Court Eastern District of Texas |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | 16-41044 | |
| | **Date of order or assignment** | City          State          ZIP Code |
| | N/A | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

---

Debtor    Payson Petroleum 3 Well 2014, LP
          _____          Case number (if known) 17-40180  _____
          Name

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Loewinsohn Flegle Deary Simon LLP | | 1/31/2017 | $ 4,150.00 |
| | **Address** | | | |
| | 12377 Merit Drive | | | |
| | Street | | | |
| | Suite 900 | | | |
| | Dallas            TX        75251 | | | |
| | City              State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, If not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City              State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor     Payson Petroleum 3 Well 2014, LP          Case number (if known) 17-40180
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City          State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City          State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City          State       ZIP Code | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City          State       ZIP Code | |

Debtor   Payson Petroleum 3 Well 2014, LP
_____
Name

Case number (if known) 17-40180
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City  State  ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City  State  ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor   Payson Petroleum 3 Well 2014, LP _____   Case number (if known) 17-40180 _____
_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Northstar Bank<br>Name<br><br>Street<br><br>City   State   ZIP Code | XXXX– 5 0 6 2 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $ 17.82 |
| 18.2. | Northstar Bank<br>Name<br><br>Street<br><br>City   State   ZIP Code | XXXX– 5 2 0 3 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $ 97.84 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City   State   ZIP Code | _____<br><br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City   State   ZIP Code | _____<br><br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Payson Petroleum 3 Well 2014, LP
_____
Name

Case number (if known) 17-40180

---

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City         State         ZIP Code | | | |

---

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City         State         ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City         State         ZIP Code | City         State         ZIP Code | | |

---

Debtor        Payson Petroleum 3 Well 2014, LP
              _____        Case number (if known) 17-40180
              Name                                            _____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City         State         ZIP Code | City         State         ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | _____ | **Dates business existed** |
| | City         State         ZIP Code | _____ | From _____ To _____ |
| 25.2. | Name | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | _____ | **Dates business existed** |
| | City         State         ZIP Code | _____ | From _____ To _____ |
| 25.3. | Name | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | _____ | **Dates business existed** |
| | City         State         ZIP Code | _____ | From _____ To _____ |

Debtor    Payson Petroleum 3 Well 2014, LP
          _____
          Name

Case number (if known) 17-40180
                       _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

26a.1.    Bret Pedersen, former Controller of Payson Petroleum, Inc.    From 2014    To 2016
          Name
          Unknown
          Street

          _____

          City                          State          ZIP Code

26a.2.    Hinckley Cook / Kris Hinckley                                 From 2014    To 2015
          Name
          5850 Town and Country Blvd.
          Street
          Suite 1304
          Frisco                        TX             75034
          City                          State          ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26b.1.    _____    From _____    To _____
          Name
          _____
          Street
          _____

          _____
          City                          State          ZIP Code

26b.2.    _____    From _____    To _____
          Name
          _____
          Street
          _____

          _____
          City                          State          ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None    See attached for additional

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c.1.    Jason Searcy, Chapter 11 Trustee C/O Snow Spence Green LLC    The chapter 11 trustee is in possession of most books
          Name                                                         and records, which debtor understands he obtained from
          2929 Allen Parkway                                           J. Michael Wheeler.
          Street
          Suite 2800
          Houston                       Texas          77019
          City                          State          ZIP Code

Debtor   __Payson Petroleum 3 Well 2014, LP_____   Case number (if known)__Case No. 17-40180_____
             Name

## 26c. Continued

### Name and address
Matthew Griffin
2221 Justin Road #119-444
Flower Mound, TX 75028

### Name and address
J. Michael Wheeler
C/O Anderson Tobin PLLC
13355 Noel Rd, #1900
Dallas, Texas 75240

Debtor   Payson Petroleum 3 Well 2014, LP                          Case number (if known) 17-40180
         Name

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.2. | Hinckley Cook / Kris Hinckley | | | |
| | Name | | | |
| | 5850 Town and Country Blvd. | | | |
| | Street | | | |
| | Suite 1304 | | | |
| | Frisco | TX | 75034 | |
| | City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

26d.1.

Name

Street

City                    State                    ZIP Code

**Name and address**

26d.2.

Name

Street

City                    State                    ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.

Name

Street

City                    State            ZIP Code

Debtor   **Payson Petroleum 3 Well 2014, LP**   Case number (if known) 17-40180

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |

**Name and address of the person who has possession of inventory records**

27.2.

Name

Street

City                     State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Payson Petroleum Grayson, LLC | 2221 Justin Rd #119-444, Flower Mound, TX 75028 | General Partner | Less than 1% |
| 3 Well MGP, LLC | 1757 Harpsichord Way, Henderson, NV 89012 | Managing General Partner | Less than 1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Payson Petroleum Grayson, LLC | 2221 Justin Rd #119-444, Flower Mound, TX 75028 | Managing General Partner | From 2014 To 2016 |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Well revenue distributed to limited partners | $231,458.29 | 02/2016 | |
| Name | $ 85,228.68 | 05/2016 | |
| Street | $ 87,486.85 | 07/2016 | |
| City                State      ZIP Code | | | |
| **Relationship to debtor** Limited partners | | | |

Debtor   Payson Petroleum 3 Well 2014, LP _____   Case number *(if known)* ___17-40180_____
         Name

| 30.2 | Name and address of recipient | | | |
|---|---|---|---|---|
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/31/2017
              MM / DD / YYYY

✖ */s/ Matthew C. Griffin* _____       Printed name   Matthew C. Griffin _____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Sole member and former President of  general partner Payson Petroleum Grayson, LLC

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes